IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 2:21-cv-03727 <br> v. ) <br> ) <br> THE NEW HOME COMPANY INC., H. ) <br> LAWRENCE WEBB, WAYNE J. STELMAR, ) <br> DOUGLAS C. NEFF, MICHAEL J. ) <br> BERCHTOLD, SAM BAKHSHANDEHPOUR, ) <br> GREGORY P. LINDSTROM, CATHEY S. ) <br> LOWE, and PAUL C. HEESCHEN, ) <br> ) <br> Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 17, 2022

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*